Victoria Florida Phosphate Company, Appellant, vs. T. H. Willard and J. D. Riley, partners trading under the firm name of Willard & Riley, Appellees.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

H. H. Buckman, W. W. Hampton and J. A. Ammons, for Appellant.

No appearance for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on praecipe of counsel for the appellant.